IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Turner, Desiree

Printed: 4/22/08

Case Number: 05 B 15823
Judge: Wedoff, Eugene R
Filed: 4/22/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 6, 2008
Confirmed: June 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,324.90 |  |
| Secured: |  | 6,663.59 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,205.20 |
| Trustee Fee: |  | 456.11 |
| Other Funds: |  | 0.00 |
| Totals: | 9,324.90 | 9,324.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,205.20 | 2,205.20 |
| 2. | JP Morgan Chase Bank | Secured | 7,662.15 | 6,663.59 |
| 3. | KCA Financial Services | Unsecured | 185.25 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 1,570.41 | 0.00 |
| 5. | Target National Bank | Unsecured | 2.57 | 0.00 |
| 6. | AT&T | Unsecured | 167.59 | 0.00 |
| 7. | JP Morgan Chase Bank | Unsecured | 980.74 | 0.00 |
| 8. | Customer Service Dept | Unsecured |  | No Claim Filed |
| 9. | CCA | Unsecured |  | No Claim Filed |
| 10. | UNVL/CITI | Unsecured |  | No Claim Filed |
| 11. | Chase Manhattan | Unsecured |  | No Claim Filed |
| 12. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 13. | Portfolio Acquisitions | Unsecured |  | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 16. | Medical Collections | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,773.91 | $ 8,868.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 46.80 |
| 5.5% | 183.15 |
| 5% | 55.50 |
| 4.8% | 71.04 |
| 5.4% | 99.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Turner, Desiree | Case Number:  05 B 15823 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  4/22/05 |

_____
$ 456.11

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                    Marilyn O. Marshall, Trustee, by: